POLSINELLI LLP
TODD M. MALYNN (SBN: 181595 )
tmalynn@polsinelli.com
JOHN POSTHUMUS *(Pro Hac Vice pending)*
jposthumus@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

Attorneys for Plaintiff
Kitu Life, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITU LIFE, INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>    v.<br><br>KIITO, INC, a Delaware Corporation,<br><br>                              Defendant. | Case No. 2:19-cv-01582-FMO (PLA)<br>Hon. Fernando M. Olguin<br><br>**AMENDED COMPLAINT FOR: TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION**<br><br>**JURY DEMAND**<br><br>Complaint Filed:   February 26, 2019 |

AMENDED COMPLAINT AND JURY DEMAND

67547250.1

Plaintiff Kitu Life, Inc. ("KITU") for its Amended Complaint against Defendant Kiito, Inc. ("Defendant" or "Kiito"), hereby alleges as follows:

### Nature of the Action

1.      In this action, KITU seeks injunctive and monetary relief for acts of unfair competition under the laws of the United States, Title 15, United States Code, California Unfair Trade Practices, and trademark infringement and unfair competition under the common law of the State of California.

### The Parties

2.      KITU is a Delaware corporation with its principal place of business at 1732 First Avenue, New York, NY 10128.

3.      Upon information and belief, Defendant Kiito is a Delaware corporation with its principal place of business at 800 Wiltshire Blvd, Suite 200, Los Angeles, CA 90017.

### Jurisdiction and Venue

4.      This action arises under § 1125(a) of the Lanham Act, 15 U.S.C. § 1051 *et seq.*, California Unfair Trade Practices, Cal. Bus. & Prof. Code § 17200 *et seq.*, and the common law of the State of California.

5.      The Court has original jurisdiction over this action pursuant to 15 U.S.C. § 1121 and supplemental jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

6.      The Court has personal jurisdiction over Defendant because Defendant reside in this judicial district and conduct their business of providing real estate brokerage services and property management services in this judicial district.

7.      Venue is proper within this judicial district pursuant to 28 U.S.C. § 1391(b) and (c) because a substantial part of the events giving rise to the claims in the action occurred within this jurisdiction.

### Background

8.      KITU is a fast growing consumer goods company headquartered in New York City, NY, which currently makes and markets:

---

2

- Super Coffee—RTD sugar free, organic coffee blended with protein and MCT Oil (12oz HDPE bottle)
- Super Creamer—Lactose free, sugar free coffee creamer fortified with protein and MCT Oil (25oz paper carton)
- Super Espresso—sugar free, organic espresso blended with protein and MCT Oil (6 oz can)

9.     KITU has plans to introduce two new product lines in 2019, including CBD-infused products and plant-based protein shakes.

10.    KITU offers a line of beverage products offered under the mark KITU which have been on the marketplace since as early as June, 2018 and are currently available in over 5,000 retail locations across the country from Bristol Farms and 7-11 in Southern California to Walgreens and Whole Foods in New York City.  KITU's products are also available online, including at drinksupercoffee.com, Amazon, Peapod, and jet.com.

11.    The KITU mark has been extensively used by KITU in connection with its beverage products. Representative examples of such uses are attached hereto as **Exhibit A**.

12.    KITU promotes its KITU products throughout the United States, including online at its website, drinksupercoffee.com, on facebook.com, which page has over 19K followers, and at www.amazon.com.

13.    The KITU Mark is inherently distinctive and serves to identify and indicate the source of KITU's products to the consuming public.

14.    In addition, as a result of KITU's continuous use and promotion of the KITU Mark, the Mark has become distinctive to designate KITU and its products from those of others, and to distinguish the source or origin of KITU's products. As a result of these efforts by KITU, the consuming public throughout the United States, including in California, widely recognizes and associates the KITU Mark with KITU.

15.    As a result of KITU's continuous use and promotion of the KITU mark, KITU has acquired valuable common law rights in the mark.

AMENDED COMPLAINT AND JURY DEMAND
67547250.1

16.     KITU has expended substantial monies in marketing, advertising, and promoting the KITU mark, and through such sales and advertising, has generated substantial goodwill and customer recognition in the KITU mark.

**Defendant's Activities**

17.     After KITU began using its KITU mark in connection with its line of products, Defendant began offering its own line of beverage products under the highly similar mark KIITO.

18.     KITU recently learned that Defendant has begun using the KIITO mark in connection with beverage products at its website (https://drinkkiito.com/collections/shop), which is accessible in the United States. Representative examples of such uses are attached hereto as **Exhibit B**.

19.     Upon information and belief, Defendant is test marketing its KIITO drink in third-party stores in the Southern California area.

20.     Upon information and belief, Defendant's KIITO products will appear side-by-side with KITU's line of KITU products in third-party stores.

21.     Upon information and belief, Defendant will be attending and displaying its KIITO drink at the Expo West Conference in Anaheim, CA in early March, 2019, and Defendant will be located in booth H922, which will be in close proximity to KITU's booth H603.

22.     KITU has expressed its objection to Defendant's use and registration of the KIITO mark because of the likelihood of consumer confusion arising from Defendant's use.

23.     Despite constructive and actual knowledge of KITU's trademark rights, Defendant intends to continue to use the KIITO mark in connection with the advertising and promotion of its products in competition with KITU and the KITU products.

24.     Defendant is not affiliated with or sponsored by KITU and has not been authorized by KITU to use the KITU mark or any confusingly similar marks.

67547250.1

1                    **COUNT I**

2         **Unfair Competition Under Federal Law**

3             **(15 U.S.C. § 1125(a))**

4      25.     KITU repeats the allegations above as if fully set forth herein.

5      26.     This is a claim for unfair competition under the Lanham Act, 15 U.S.C. § 1125(a),

6  arising from Defendant's unlawful acts, including, without limitation, use of a false designation

7  of origin which is likely to cause confusion, mistake, or deception as to origin, sponsorship, or

8  approval of Defendant's services, in violation of 15 U.S.C. § 1125(a).

9      27.     Defendant's conduct constitutes an attempt to trade on the goodwill that KITU

10  has developed in the KITU Mark, all to the damage of KITU.

11      28.     By its conduct, Defendant has caused KITU irreparable harm and injury and will

12  continue to do so unless Defendant is restrained and enjoined by this Court from further violation

13  of KITU's rights.

14      29.     KITU has no adequate remedy at law.

15                    **COUNT II**

16    **Unfair Competition under California Unfair Trade Practices Statute**

17        **(Cal. Bus. & Prof. Code § 17200 *et seq.*)**

18      30.     KITU repeats the allegations above as if fully set forth herein.

19      31.     Defendant's conduct constitutes misappropriation of valuable property rights of

20  KITU and trading on the goodwill symbolized by the distinctive KITU Mark and the KITU

21  distinguishing characteristics and is thereby likely to confuse and deceive members of the

22  purchasing public and others, and otherwise damage the public by engaging in false or unfair

23  trade acts or business practices.

24      32.     The activities of the Defendant as described in the forgoing paragraphs, and in

25  each cause of action herein asserted, constitute unfair and/or deceptive trade practices that have

26  occurred and are occurring in commerce and have proximately caused and are proximately

27  causing injury to KITU.  Thus, these activities violate the California statutory prohibition of

28

AMENDED COMPLAINT AND JURY DEMAND

67547250.1

1    unfair trade practices, Cal. Bus. & Prof. Code § 17200 *et seq*.

2         33.    By its conduct, Defendant has caused and, unless restrained and enjoined by this

3    Court, will continue to cause irreparable harm, damage, and injury to KITU.

4         34.    KITU has no adequate remedy at law.

5                                    **COUNT III**

6    **California Common Law Trademark Infringement and Unfair Competition**

7         35.    KITU repeats the allegations above as if fully set forth herein.

8         36.    This is a claim for trademark infringement and unfair competition under the

9    common law of California, arising from Defendant's use, and continued use, of the KIITO Mark

10   in commerce which is likely to create consumer confusion in the marketplace; therefore, those

11   activities constitute trademark infringement and unfair competition under the common law of

12   California.

13        37.    Defendant's conduct constitutes an attempt to trade on the goodwill that KITU

14   has developed in the KITU Mark, all to the damage of KITU.

15        38.    By their conduct, Defendant has caused KITU irreparable harm and injury and

16   will continue to do so unless Defendant is restrained and enjoined by this Court from further

17   violation of KITU's rights.

18        39.    KITU has been damaged by the conduct of Defendant as described herein and

19   will continue to be so damaged in the absence of relief from this Court.

20                                  **Relief Sought**

21   WHEREFORE, KITU asks this Court to:

22        A.     Grant temporary, preliminary and permanent injunctive relief enjoining Defendant

23   and any principals, agents, servants, employees, successors, and assigns of Defendant and all those

24   in privity, concert, or participation with Defendant from:

25              i.      Imitating, copying, duplicating, or otherwise making any use of the KIITO

26   mark, the KITU mark or any mark confusingly similar to the KITU mark;

27

28

AMENDED COMPLAINT AND JURY DEMAND

1      ii.     Manufacturing, producing, distributing, circulating, selling, or otherwise

2  disposing of any printed material which bears any copy or colorable imitation of the KIITO mark

3  or the KITU mark;

4      iii.    Using any unauthorized copy or colorable imitation of the KIITO mark or

5  the KITU mark in such fashion as is likely to relate or connect Defendant with KITU;

6      iv.     Using any false designation of origin or false description which can or is

7  likely to lead the trade or public, or individual members thereof, to believe mistakenly that any

8  service advertised, promoted, offered, or sold by Defendant is sponsored, endorsed, connected

9  with, approved, or authorized by KITU;

10      v.      Causing likelihood of confusion or injury to KITU's business reputation and

11  to the distinctiveness of the KITU mark by unauthorized use of a confusingly similar mark;

12      vi.     Engaging in any other activity constituting unfair competition or

13  infringement of the KITU mark or KITU's rights in, or to use, or to exploit the same; and

14      vii.    Assisting, aiding or abetting another person or business entity in engaging

15  or performing any of the activities enumerated in subparagraphs (i) through (vi) above.

16      B.     Find that Defendant has infringed the KITU mark in violation of federal law and

17  has damaged KITU's goodwill by Defendant's conduct.

18      C.     Find that Defendant has unfairly competed with KITU by the acts complained of

19  herein in violation of federal law.

20      D.     Find that Defendant's acts constitute deceptive trade practices in violation of Cal.

21  Bus. & Prof. Code § 17200 *et seq.*

22      E.     Find that Defendant has unfairly competed and infringed the KITU mark by the

23  acts complained of herein in violation of the common law of California.

24      F.     Grant an order requiring Defendant, and any principals, agents, servants,

25  employees, successors, and assigns of and all those in privity or concert with Defendant who

26  receive actual notice of said order, to deliver up or at KITU's election certify the destruction or

27

28

AMENDED COMPLAINT AND JURY DEMAND
67547250.1

1  removal of, all labels, articles, promotional, advertising and any other printed materials of any kind

2  bearing "KIITO," the KITU mark, and any mark confusingly similar to the KITU mark.

3        G.    Grant an Order requiring Defendant, and any principals, agents, servants,

4  employees, successors, and assigns of and all those in privity or concert with Defendant who

5  receive actual notice of said order, to abandon U.S. Ser. No. 87/949,049, Defendant's application

6  to register the mark KIITO now pending in the U.S. Patent and Trademark Office.

7        H.    Award KITU judgment for damages against Defendant resulting from violation of

8  Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) for Federal Unfair Competition in an

9  amount to be fixed by the Court, which in its discretion it finds just, including:

10            i.    All profits received by Defendant from sales and revenues of any kind as a

11  result of the actions complained of herein;

12            ii.    All damages sustained by KITU as a result of Defendant's acts of

13  infringement and unfair competition, and that such damages be trebled; and

14            iii.    That, in light of the deliberate and willful actions of the Defendant, this

15  action be designated an exceptional case, thereby entitling KITU to an award of all reasonable

16  attorneys' fees, costs, and disbursements incurred by KITU as a result of this action, pursuant to

17  15 U.S.C. § 1117, and that KITU be awarded such relief;

18        I.    Award KITU judgment for damages as a result of Defendant's unfair competition

19  and deceptive trade practices and that those damages be trebled;

20        J.    Award KITU judgment for damages resulting from Defendant's common law

21  trademark infringement and common law unfair competition and that those damages be trebled;

22        K.    Award KITU pre- and post-judgment interest on any monetary award made part

23  of the judgment against Defendant;

24        L.    Award KITU its costs and disbursements of this civil action, including, without

25  limitation, reasonable attorneys' fees; and

26        M.    Grant to KITU such other and further relief as the Court may deem just, proper, and

27  equitable under the circumstances.

28

AMENDED COMPLAINT AND JURY DEMAND
67547250.1

Dated:    May 3, 2019                    POLSINELLI PC

                                         By: _____
                                                   Todd M. Malynn


                          **Jury Demand**

       KITU demands a trial by jury on all issues so triable in accordance with Federal Rule of
Civil Procedure 38(b).


Dated:    May 3, 2019                    POLSINELLI PC

                                         By: _____
                                                   Todd M. Malynn

9

AMENDED COMPLAINT AND JURY DEMAND

67547250.1

**PROOF OF SERVICE**

I, Yanika Childers, declare as follows:

I am employed in Los Angeles County, Los Angeles, California.  I am over the age of eighteen years and not a party to this action.  My business address is 2049 Century Park East, Suite 2900, Los Angeles, California 90067.  On May 3, 2019, I served the within:

**AMENDED COMPLAINT FOR: TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION**

on the interested parties in this action addressed as follows:

THEODORA ORINGHER PC
Jennifer J. McGrath
Eric A. Westlund
1840 Century Park East, Suite 500
Los Angeles, CA 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283
Email: jmcgrath@tocounsel.com
Email: ewestlund@tocounsel.com

*Attorneys for Kiito, Inc.*

☒ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Polsinelli LLP following ordinary business practice. I am readily familiar with the practice at Polsinelli LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY OVERNIGHT MAIL)** By placing such document(s) in a sealed envelope, for collection and overnight mailing at Polsinelli LLP following ordinary business practice. I am readily familiar with the practice at Polsinelli LLP for collection and processing of overnight service mailing, said practice being that in the ordinary course of business, correspondence is deposited with the overnight messenger service, Federal Express, for delivery as addressed.

☐ **(BY PERSONAL SERVICE)** By causing such document(s) to be delivered by hand, as addressed by delivering same to First Legal Services with instructions that it be personally served.

1

☒   **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically

2   from my e-mail address, ychilders@polsinelli.com at Polsinelli LLP, to the
person(s) at the electronic mail addresses listed above.

3

4   I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct and that this declaration was executed on May 3, 2019, at

5   Los Angeles, California.

6

7   Yanika Childers

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE

65218903.1